IN **IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **REBECCA JANAY SMITH** | : | **NO. 19-5753** |

## ORDER

**NOW,** this 10th day of February, 2020, upon consideration of the Notice of Removal (Document No. 1) and after careful review of her Complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

<u>/s/ TIMOTHY J. SAVAGE J.</u>